

Bruce Luckman, Esquire (NJ, PA, and CT Bars)
Direct Dial 856-663-1503
Firm Fax 856-662-0165
bluckman@shermansilverstein.com

August 16, 2012

**Via ECF**
The Honorable Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

> **Re:** **MicroBilt Corporation and CL Verify, LLC v. Fidelity National Information Services, Inc., Chex Systems, Inc., and Certegy, Ltd.**
> **U.S. Bankruptcy Court for the District of New Jersey Docket No. 12-1167**
> **U.S. District Court for the District of New Jersey Docket No. 12-4606**

Dear Judge Wolfson:

This law firm represents MicroBilt Corporation and CL Verify, LLC in connection with the above-referenced matter.

Pursuant to Local Rule of Civil Procedure 7.1(d)(6), we are writing to request permission to file a very short sur-reply brief in connection with the pending motion to withdraw the reference ("MTWTR") filed on behalf of Fidelity National Information Services, Inc. and Chex Systems, Inc., which is returnable on Monday, August 20, 2012. Specifically, we would like for the opportunity to address recent developments in the underlying adversary proceeding that weigh heavily in favor of Judge Kaplan maintaining jurisdiction over the adversary proceeding, and lend additional support to the argument that the MTWTR should be denied.

A copy of the proposed sur-reply brief is attached to this letter.

We note that the MTWTR itself is subject to a motion to consolidate that is pending in the first-filed action in this Honorable Court (Docket No. 3:12-cv-3861-JAP-TJB).

We appreciate this Court's attention to this request.

308 Harper Drive • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

August 16, 2012
Page 2

Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY
A Professional Corporation

*/s/ Bruce S. Luckman*

BRUCE S. LUCKMAN

cc:     Derek J. Baker, Esquire (via ECF)
        Gary Ruckelshaus, Esquire (via ECF)
        Brian Schenker, Esquire (via ECF)